# LAW OFFICES OF DANIEL M. PEREZ, ESQ.
### ATTORNEYS AT LAW
93 SPRING STREET, SUITE 505
NEWTON, NEW JERSEY 07860
TELEPHONE: (973) 300-5135
FAX: (973) 300-5199
WWW.DANPEREZLAW.COM
E-MAIL: DAN@DANPEREZLAW.COM

**MEMO ENDORSED**

December 30, 2019

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
500 Pearl Street
New York, NY 10007

**Via ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2020

Re:   United States v. McFadden, #13-cr-836 (SHS)

Dear Judge Stein:

Without objection from the government, by AUSA Joshua Naftalis, I write to respectfully request a five day extension of the deadline to file Mr. McFadden's sentencing memorandum. Presently, the deadline to file the defense sentencing memorandum is January 3, 2020. The new deadline would be January 8, 2020, which will enable me to obtain additional letters of support on Mr. McFadden's behalf. It is not anticipated that this extension will affect the remainder of the Court's November 8, 2019 scheduling order, which requires the government to file its sentencing submission by January 17, 2020 and sets the resentencing for January 31, 2020 at 11:00 a.m.

I thank the Court for its kind attention and wish the Court and its staff a happy and prosperous New Year.

Sincerely Yours,

*s/ Daniel M. Perez*

DANIEL M. PEREZ

cc:   Mr. Markquez McFadden (via regular mail)
      U.S. Attorney's Office (via ECF)

Jan 2, 2020
So ordered.
/s/ Sidney H. Stein
USDJ