**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------x
:
UNITED STATES OF AMERICA
:
    -against-
:
                                                                                                    **ORDER**
:
Markquez McFadden
:                                                                            13-cr-836 (SHS)
                                                                               Docket #
:
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

     Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

     According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

     IT IS HEREBY ORDERED that _____Daniel Perez_____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_____
Attorney's Signature

_____
Defendant's Signature

**Daniel Perez**
Print Attorney's Name

**93 Spring Street, Suite 505**
Address

**Newton, NJ 07860**

**(973) 300-5135**
Telephone

SO ORDERED:

_____
Presiding Judge

1/31/2020
DATED

_____
Colleen McMahon
Chief Judge

_____
DATED