USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  13-Cr-836 (SHS)

-v-  :

MARKQUEZ MCFADDEN,  ORDER

  :

Defendant.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court of Appeals having (1) vacated the defendant's conviction as to Count Eight, and (2) remanded this matter to the District Court for resentencing, and this Court having resentenced the defendant today as to Count One,

IT IS HEREBY ORDERED that the Clerk of Court is directed to return $100.00 of the $200.00 Special Assessment paid by defendant when he was originally sentenced on July 15, 2015. The check shall be made payable to Markquez McFadden.

Dated: New York, New York
       January 31, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.